**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE, <br><br> Plaintiff, <br><br> v. <br><br> AMEER INVESTMENTS, LLC; AIDE VALENTINES, <br><br> Defendants. | No. CV 14-8566 PA (AGRx) <br><br> JUDGMENT AND PERMANENT INJUNCTION |

In accordance with the Court's April 20, 2015 order granting the Motion for Default Judgment filed by plaintiff Raul Uriarte ("Plaintiff"), it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. Defendants Ameer Investments, LLC and Aide Valentines (collectively "Defendants") shall pay to Plaintiff the total amount of $5,040.00 (itemized as statutory damages of $4,000.00, attorneys' fees of $600.00, and costs of $440.00);

2. Plaintiff is entitled to interest on the amount of the Judgment at the statutory rate pursuant to 28 U.S.C. § 1961(a); and

3. Defendants are ordered to provide accessible parking, an accessible restroom, and accessible paths of travel located inside the barber shop operated by Defendants at 5137

1  Riverside Drive, Chino, California, in compliance with the Americans with Disabilities Act
2  Accessibility Guidelines.
3
4  DATED: April 20, 2015
5                                                               _____
                                                                          Percy Anderson
6                                                                  United States District Judge
7  **JS-6**